**Opinion issued July 29, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00754-CV

_____

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, NAVIGATORS INSURANCE COMPANY, VALIANT INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, NEW YORK MARINE & GENERAL INSURANCE COMPANY, AND NATIONAL LIABILITY & FIRE INSURANCE COMPANY, Appellants**

**V.**

**HELIX ENERGY SOLUTIONS GROUP, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-08257-A**

---

## MEMORANDUM OPINION

The appellants have filed an "agreed" motion to dismiss this appeal, representing that the parties have reached a settlement of the matter and requesting that we dismiss the appeal with each party bearing its own costs. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See id.* 42.1(c).

Accordingly, we grant the motion to dismiss the appeal, with costs taxed against the party incurring same. *See id.* 42.1(a)(1), (d). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.